United States Court of Appeals
 for the district of columbia circuit

 No. 00-1505 September Term, 2001
 Filed On: February 6, 2002 [656488] 
Joseph G. Podewils and Gerald Nell Inc.,
 Petitioners
 v.

National Labor Relations Board,
 Respondent

 Before: Edwards and Tatel, Circuit Judges, and Silberman, Senior Circuit Judge

 O R D E R

 Upon consideration of the Motion to Amend Order to Include Remand to the
National Labor Relations Board, and the opposition thereto, it is

 ORDERED that the opinion for the Court filed by Senior Circuit Judge Silberman
on December 28, 2001 be, and hereby is, amended as follows:

 Page 8, concluding sentence:

 Accordingly, the petition for review is granted, and the case is
 hereby remanded to the Board for further proceedings not
 inconsistent with this opinion.
 

 Per Curiam
 FOR THE COURT:

 Mark J. Langer, Clerk